IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| FONOVISA, INC., et al., | : | |
| Plaintiffs, | : | Civil No. 07-737 (RBK) |
| v. | : | **ORDER** |
| DIANE PISCITELLI, | : | |
| Defendant. | : | |

THIS MATTER having come before the Court on motion by Plaintiffs Fonovisa, Inc., BMG Music, Capitol Records, Inc., Sony BMG Music Entertainment, Arista Records LLC, and Atlantic Recording Corporation (collectively "Plaintiffs") for entry of a default judgment against Defendant Diane Piscitelli ("Defendant"), pursuant to Federal Rule of Civil Procedure 55, and the Court having considered the moving papers and there being no opposition thereto; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY **ORDERED** that Plaintiffs' motion for entry of default judgment is **GRANTED** and **JUDGMENT** is entered on behalf of Plaintiffs against Defendant in the amount of $7,170.00; and

IT IS FURTHER **ORDERED** that Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

1. "Te Hice Mal" by Los Temerarios (SR # 278-322)
2. "Valentine" by Martina McBride (SR # 240-332)

       3.      "Now and Forever" by Richard Marx (SR # 210-246)
       4.      "Perdoname" by Los Temerarios (SR # 233-132)
       5.      "I Need to Know" by Marc Anthony (SR # 284-194)
       6.      "Don't Stop Believin'" by Journey (SR # 30-088)
       7.      "Greatest Love of All" by Whitney Houston (SR # 60-716)
       8.      "I Can't Dance" by Genesis (SR # 172-581)
       9.      "Right Here Waiting" by Richard Marx (SR # 103-712)

and any other sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e. download) any of Plaintiffs' Recordings, to distribute (i.e. upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant shall also destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

      .

Dated:   3/5/08                                                             s/ Robert B. Kugler
                                                                                   ROBERT B. KUGLER
                                                                                    United States District Judge